# United States Court of Appeals
## For the First Circuit

---

Nos.     00-1461
         00-1491

UNITED STATES OF AMERICA,

Appellee,

v.

PEDRO LUIS TEJADA,

Defendant, Appellant.

---

ERRATA

The opinion of the court published on June 27, 2001, is amended as follows:

One page 7, on the second line following the block quote, insert after "We acknowledge" the words "counsel's argument."

Possible dates for lunch with